## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 21-13331 (LDW) |
| v. | : | |
| JOHN MAKOS | : | SUBSTITUION OF ATTORNEY |

The undersigned hereby consent to the substitution of Robert M. Perry, Esquire, of *ROSENBERG | PERRY & ASSOCIATES, LLC* as counsel for the Defendant, John Makos, in the above titled case.

Superseding Attorney:

_____
Robert M. Perry, Esquire

Withdrawing Attorney:

Testa Heck Testa & White, P.A.

By: _____
Justin White, Esquire

1